WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Erik Scott Maloney,           )
                              )
           Plaintiff,         )      No. CV 13-314-PHX-RCB(BSB)
                              )
     vs.                      )              O R D E R
                              )
Charles L. Ryan, *et al.*,    )
                              )
           Defendants.        )
_____)

     Plaintiff Erik Scott Maloney, who is confined in the
Arizona State Prison Complex-Florence in Florence, Arizona,
has filed a *pro se* civil rights Complaint pursuant to 42
U.S.C. § 1983 (Doc. 1) and an Application to Proceed In Forma
Pauperis ("IFP") (Doc. 2).  On June 7, 2013, the court
ordered defendants Ryan and Linderman to answer counts One,
Two, and Three; and ordered defendant Mason to answer count
Two.  Ord. (Doc. 5) at 1:18-19.  The court dismissed the
remaining defendants without prejudice.  Id. at 1:19-20.  The
court also granted the plaintiff's IFP application.  Id.
     In accordance with this court's order, the plaintiff

1 completed the service packets as to the three remaining
2 defendants and returned them to the Clerk's Office on June
3 13, 2013.   That same date, the completed service packets were
4 forwarded to the United States Marshal for service.   Service
5 has not yet been completed.

6     On June 13, 2013, the plaintiff filed a Motion to Appoint
7 Counsel (Doc. 7)[1] and a Motion for a Temporary Restraining
8 Order ("TRO") and/or Preliminary Injunction ("PI") (Doc. 8).
9 The relief which plaintiff is seeking in his motion for a TRO
10 and/or PI pertains directly to the "Upcoming Islamic Holy
11 Month of Ramadan, begining [sic] on July   9  , 2013 and
12 ending on August   8  , 2013."   Id. at 1:24-25.

13     Because that beginning date is fast approaching, the
14 court hereby **ORDERS** as follows:

15     (1) on June 20, 2013, the Clerk of the Court shall send,
16 by first class mail a copy of this court's orders (Docs. 5
17 and 6), as well as a copy of plaintiff's motion for a TRO
18 and/or PI (Doc. 8), to defendants Ryan, Linderman, and Mason,
19 to their respective addresses as plaintiff provided in the
20 service packets which he returned to the Clerk of the Court
21 on June 13, 2013;

22     (2) the defendants shall file and serve a response to
23 plaintiff's motion (Doc. 8) by **no later than Wednesday, June
24 26, 2013**; and

25     (3) if plaintiff desires to file a reply, it shall be

26 _____

27 [1]     The motion for appointment of counsel is before the Honorable
28 United States Magistrate Judge Bridget S. Bade pursuant to this court's
prior order.   See Ord. (Doc. 5) at 9, ¶ (13).

1    filed and served by **no later than Monday, July 1, 2013**.

2         DATED this 19th day of June, 2013.

3

4

5    _____
       Robert C. Broomfield
6       Senior United States District Judge

7

8

9

10   Copies to plaintiff *pro se and* to defendants Ryan, Linderman,

11   and Mason, to their respective addresses as plaintiff

12   provided in the service packets which he returned to the

13   Clerk of the Court on June 13, 2013

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28